In the Matter of the Claim of HENRY D. O'CONNELL, Respondent, v. NEW YORK STATE WORKMEN'S COMPENSATION BOARD et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.